IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case No. CR-22-03-JFH |
| ROBERT WILLIAM RAINFORD, | |
| *Defendant.* | |

### JOINT STIPULATIONS REGARDING THE DEFENDANT'S COMPETENCY

Comes now the United States, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney James Montoya, and the Defendant, Robert William Rainford, by and through his attorney, Darren Robinson, and stipulate as follows:

1. On February 14, 2022, the Court ordered the Defendant be evaluated for competency pursuant to 18 U.S.C. § 4241(a) and a report be prepared (Doc. 37).

2. On May 20, 2022, a report prepared by Dr. Lesli Johnson, Ph.D., a forensic psychologist employed at the Federal Detention Center, Houston, was filed with the Court (Doc. 39).

3. In her report, Dr. Johnson states that the Defendant was evaluated from March 2, 2022 through May 8, 2022. The report relates background information provided by the Defendant, supplemental information and materials reviewed by Dr. Johnson, and the findings of her assessment and evaluation of the Defendant.

4. In her report, Dr. Johnson states that her opinion with respect to the Defendant's competency to stand trial as follows:

> Based on the information available, there was no objective information to indicate that Mr. Rainford suffers from signed or symptoms of a major mental disorder, such an affective disorder (e.g., Bipolar Disorder), psychotic disorder (e.g., Schizophrenia), or an organic disorder, that would

impair his present ability to understand the nature and consequences of the court proceedings against him, or his ability to properly assist counsel in his defense.

Mr. Rainford appears to have the necessary skills to appraise his behavior, and converse in a logical manner, both of which are necessary to properly assist counsel in a defense. He was able to attend and concentrate for long periods of time, and he demonstrated the capacity to logically and coherently converse about basic aspects of his case. He did not evidence difficulties in expressive (i.e., speaking) or receptive (i.e., understanding) language during the evaluation period. He was able to offer relevant and meaningful information to this evaluator regarding both historical data and legal matters. During the competency portion of the evaluation, he provided appropriate response to all of the questions posed to him and did not appear to experience any difficulties in communicating his thoughts.

5. A competency hearing is currently set for June 1, 2022 (Doc. 40).

6. If Dr. Johnson was called to testify at the Defendant's competency hearing, she would testify in accordance with her report.

7. The parties stipulate to the content of the report and its conclusions.

8. Other than Dr. Johnson's report, neither party would offer any further evidence.

9. The parties stipulate that the Defendant does not presently suffer from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

SIGNED THIS MAY 26, 2022.

_____
Robert William Rainford
Defendant

_____
James Montoya
Assistant United States Attorney

_____
Darren Robinson
Attorney for Mr. Rainford

2