**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT WILLIAM RAINFORD, ) <br> ) <br> Defendant. ) | Case No. CR-22-03-JFH |

**FINDINGS AND RECOMMENDATION
ON DEFENDANT'S COMPETENCY**

On May 31, 2022, the parties filed their Joint Stipulations Regarding the Defendant's Competency (Docket Entry #41), in light of the receipt of the competency evaluation by the Federal Detention Center located in Houston, Texas. The evaluation was conducted from March 2, 2022, through May 8, 2022 by Lesli Johnson, Ph.D., a forensic psychologist. Dr. Johnson's report was filed of record in the case on May 20, 2022. *See* Docket Entry #39. In the report, Dr. Johnson noted that her evaluation was made pursuant to 18 U.S.C. § 4241 and concluded as follows:

> Based on the information available, there was no objective information to indicate that Mr. Rainford suffers from signs or symptoms of a major mental disorder, such as an affective disorder (e.g., Bipolar Disorder), psychotic disorder (e.g., Schizophrenia), or an organic disorder, that would impair his present ability to understand the nature and consequences of the court proceedings against him, or his ability to properly assist counsel in his defense.

> Mr. Rainford appears to have the necessary skills to appraise his behavior, and converse in a logical manner, both of which are necessary to properly assist counsel in a defense. He was able to attend and concentrate for long periods of time, and he demonstrated the capacity to logically and coherently converse about basic aspects of his case. He did not evidence difficulties in expressive (i.e., speaking) or receptive (i.e., understanding) language during the evaluation period. He was able to offer relevant and meaningful information to this evaluator regarding both historical data and legal matters. During the competency portion of the evaluation, he provided appropriate responses to all of the questions posed to him and did not appear to experience any difficulties in communicating his thoughts.

In the Joint Stipulation, the parties referenced Dr. Johnson's report and her opinion as stated herein. The parties indicated that if called to testify, Dr. Johnson would testify in accordance with her report and that no further evidence would be offered on the issue of Defendant's competency. The Defendant, his counsel, and counsel for the Government stipulated to the content and conclusions of Dr. Johnson's report and that Defendant does not presently suffer from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* Docket Entry #41.

IT IS THEREFORE THE RECOMMENDATION OF THIS COURT that it be the finding of the Court by a preponderance of the evidence that Defendant Robert William Rainford does not presently suffer from

a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The parties are given fourteen (14) days from the date of the service of these Findings and Recommendation to file any objections and supporting brief with the Clerk of the court. Failure to object to the Findings and Recommendation within fourteen (14) days will preclude appellate review of the judgment of the District Court based on such findings.

IT IS SO RECOMMENDED this 1st day of June, 2022.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE